AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

FILED
JUL 19 2022
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 2:22mj6 |
| Linda Sharon Cross | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **June 17, 2020 to February 3, 2021** in the county of **Randolph** in the **Northern** District of **West Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 641 | Theft of Government Funds |

This criminal complaint is based on these facts:
See attached Affidavit in support of Complaint.

☑ Continued on the attached sheet.

*Complainant's signature*

Steve Wilburn, Special Agent DOL OIG
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7.19.2022

*Judge's signature*

City and state: Elkins, West Virginia
Clarksburg, WV

MICHAEL J. ALOI, US MAGISTRATE JUDGE
*Printed name and title*